**RECEIVED**

JUL 3 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

**RECEIVED**

AUG 2 9 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**ERIC JOHN GUILBEAU**                    CIVIL ACTION NO. 05-1399

VS.                                       SECTION P

**BURL CAIN, WARDEN**                     JUDGE DOHERTY

                                          MAGISTRATE JUDGE HILL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 29 day of August, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE