

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

**ERIC JOHN GUILBEAU**                     **CIVIL ACTION NO. 6:05CV1399**

**VERSUS**                                 **JUDGE DOHERTY**

**WARDEN, LSP**                            **MAGISTRATE JUDGE HILL**

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

__✓__   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 9 Day of Oct, 2007.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE